LOVENTIA L. MURPHY, as Administratrix, etc., Respondent, *v.* JOSHUA S. LOOMIS, Appellant.

(Submitted March 22, 1889; decided April 16, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made January 13, 1884, which affirmed a judgment in favor of plaintiff, entered on a verdict, and affirmed an order denying a motion for a new trial.

*Watson M. Rogers* for appellant.

*F. N. Fitch* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.